**K&L GATES**

December 18, 2024

David S. Catuogno
Partner
David.Catuogno@klgates.com

T +1 973 848 4023
F +1 973 848 4001

<u>*VIA ECF*</u>

Hon. John P. Mastando III
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

**Re:**   **Kenneth P. Silverman, chapter 7 Trustee of Liberty Bridge Capital Management, GP, LLC, et al v. Kenneth J. Birnbaum Adv. Pro. No. 21-01245**

Dear Judge Mastando:

This firm represents Kenneth J. Birnbaum (the "<u>Defendant</u>") in the above-referenced adversary proceeding.

On December 10, 2024, counsel to Kenneth P. Silverman, Esq., the chapter 7 trustee (the "<u>Trustee</u>") for the jointly administered bankruptcy estates of Liberty Bridge Capital Management, GP, LLC, *et. al.*, filed a letter with this Court requesting relief from the meditation requirement established by the adversary procedures order entered on February 7, 2022 under Case No. 20-01190. This letter is respectfully made to the Court to join the Trustee's request for permission for both parties to conduct discovery with the prospect of a mediation at a later date.

Should Your Honor have any questions regarding the above, please do not hesitate to have someone from chambers contact me. Thank You.

Very truly yours,

/s/ David S. Catuogno

David S. Catuogno

cc:   Anthony C. Acampora, Esq. (Via ECF)
      Kenneth P. Silverman, Esq. (Via ECF)

K&L GATES LLP
ONE NEWARK CENTER   TENTH FLOOR   NEWARK   NJ 07102
T +1 973 848 4000   F +1 973 848 4001   klgates.com

Anthony P. La Rocco, Managing Partner, New Jersey